ELIZA A. KEEFE, as Administratrix of the Estate of WILLIAM J. KEEFE, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Keefe* v. *N. Y. C. & H. R. R. R. Co.*, 109 App. Div. 180, affirmed.
(Argued November 20, 1906; decided December 4, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 22, 1905, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused through defendant's negligence.

*J. W. Shea* for appellant.

*Henry Purcell* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER and WILLARD BARTLETT, JJ. Not voting: VANN, J. Not sitting: GRAY and HISCOCK, JJ.